AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| MANUAL ZELAYA, individually and on behalf of all others similarly situated, *Plaintiff(s)* v. NEWPORT MARKETING, LLC, a Florida limited liability company, NEWPORT HOSPITALITY, LLC, a Florida limited liability company, and NEWPORT VACATIONS MANAGER, LLC, a Florida limited liability *Defendant(s)* | Civil Action No. **13-CV-61139-Scola/Seltzer** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* NEWPORT MARKETING, LLC
c/o FRANKLIN L. ZEMEL, Registered Agent
ARNSTEIN & LEHR, LLP
200 EAST LAS OLAS BLVD., SUITE 1700
FT. LAUDERDALE, FL 33301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

SCOTT D. OWENS, ESQ.
664 E. HALLANDALE BEACH BLVD.
HALLANDALE, FL 33009

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **May 22, 2013** / x05/21/2013x



Steven M. Larimore
Clerk of Court

SUMMONS

s/ Bonnie Bernard
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| MANUAL ZELAYA, individually and on behalf of all others similarly situated,<br><br>*Plaintiff(s)*<br>v.<br>NEWPORT MARKETING, LLC, a Florida limited liability company, NEWPORT HOSPITALITY, LLC, a Florida limited liability company, and NEWPORT VACATIONS MANAGER, LLC, a Florida limited liability<br>*Defendant(s)* | Civil Action No. **13-CV-61139-Scola/Seltzer** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* NEWPORT HOSPITALITY, LLC
c/o FRANKLIN L. ZEMEL, Registered Agent
ARNSTEIN & LEHR, LLP
200 EAST LAS OLAS BLVD., SUITE 1700
FT. LAUDERDALE, FL 33301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

SCOTT D. OWENS, ESQ.
664 E. HALLANDALE BEACH BLVD.
HALLANDALE, FL 33009

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  **May 22, 2013**
x05/21/2013 x



Steven M. Larimore
Clerk of Court

s/ Bonnie Bernard
Deputy Clerk
U.S. District Courts

**SUMMONS**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| MANUAL ZELAYA, individually and on behalf of all others similarly situated,<br><br>*Plaintiff(s)*<br><br>v.<br><br>NEWPORT MARKETING, LLC, a Florida limited liability company, NEWPORT HOSPITALITY, LLC, a Florida limited liability company, and NEWPORT VACATIONS MANAGER, LLC, a Florida limited liability<br><br>*Defendant(s)* | Civil Action No. **13-CV-61139-Scola/Seltzer** |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* NEWPORT VACATIONS MANAGER, LLC
c/o FRANKLIN L. ZEMEL, Registered Agent
ARNSTEIN & LEHR, LLP
200 EAST LAS OLAS BLVD., SUITE 1700
FT. LAUDERDALE, FL 33301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

SCOTT D. OWENS, ESQ.
664 E. HALLANDALE BEACH BLVD.
HALLANDALE, FL 33009

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **May 22, 2013** ~~05/21/2013~~



s/ Bonnie Bernard
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

SUMMONS