# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**
CASE NO. _____

MANUEL ZELAYA, individually and on behalf of all others similarly situated,

   *Plaintiff*,

v.

NEWPORT MARKETING, LLC, a Florida limited liability company, NEWPORT HOSPITALITY, LLC, a Florida limited liability company, and NEWPORT VACATIONS MANAGER, LLC, a Florida limited liability company,

   *Defendants*.

## DECLARATION OF J. DOMINICK LARRY IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

Pursuant to 28 U.S.C. § 1746, I hereby declare and state as follows:

1. I am over the age of eighteen and am fully competent to make this declaration. I make this declaration based upon personal knowledge unless otherwise indicated.

2. I am an attorney at the law firm of Edelson LLC, which has been retained to represent the named Plaintiff in this matter, Manuel Zaleya.

3. Attached hereto as Exhibit 1-A is a true and accurate copy of the firm resume of Edelson LLC.

4. Attorneys at Edelson LLC are well-respected members of the legal community who have extensive experience in class actions of similar size, scope, and complexity to the instant action.

5. As shown in Exhibit 1-A, Edelson LLC has regularly engaged in major complex

litigation involving the TCPA and consumer technology issues, has the resources necessary to conduct litigation of this nature, and has frequently been appointed lead class counsel by courts throughout the country.

6. To date, Edelson LLC and its attorneys have diligently investigated the claims at issue in this action and dedicated substantial resources to the case, and will continue to do so throughout its pendency.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 17, 2013 at Chicago, Illinois.

_____
J. Dominick Larry