IMAGE

REMOVED

DOCKETED

IN

ERROR