

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 0:13-CV-61139-RNS

MANUEL ZELAYA, individually and on behalf of all others similarly situated,

    *Plaintiff,*

v.

NEWPORT MARKETING, LLC, a Florida limited liability company, NEWPORT HOSPITALITY, LLC, a Florida limited liability company, and NEWPORT VACATIONS MANAGER, LLC, a Florida limited liability company,

    *Defendants.*



## MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

In accordance with Local Rules 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of J. Dominick Larry of the law firm of Edelson LLC, 350 North LaSalle, Suite 1300, Chicago, Illinois 60654, (312) 589-6370, for purposes of appearance as co-counsel on behalf of Plaintiff, Manuel Zelaya in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit J. Dominick Larry to receive electronic filings in this case, and in support thereof states as follows:

    1.    J. Dominick Larry is not admitted to practice in the Southern District of Florida and is a member in good standing of the Illinois Supreme Court.

1

2. Movant, Stefan Coleman, Esq., of the law firm of the Law Offices of Stefan Coleman, LLC, is a member in good standing of the Florida Bar and the United States District Court for the Southern District of Florida, maintains an office in this State for the practice of law, and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, J. Dominick Larry has made payment of this Court's $75 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. J. Dominick Larry, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to J. Dominick Larry at email address as nlarry@edelson.com.

WHEREFORE, Stefan Coleman moves this Court to enter an Order J. Dominick Larry, to appear before this Court on behalf of Plaintiff Manuel Zelaya, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to J. Dominick Larry.

Date:   June 4, 2013                              Respectfully submitted,

*[signature]*

Stefan Coleman, Esq.,
Florida ID #30188
Law Offices of Stefan Coleman, LLC
201 S. Biscayne Blvd., 28th Floor
Miami, Florida 33131
Phone: 877-333-9427
Fax: 888-498-8946

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 0:13-CV-61139-RNS

MANUEL ZELAYA, individually and on behalf of all others similarly situated,

    *Plaintiff*,

v.

NEWPORT MARKETING, LLC, a Florida limited liability company, NEWPORT HOSPITALITY, LLC, a Florida limited liability company, and NEWPORT VACATIONS MANAGER, LLC, a Florida limited liability company,

    *Defendants*.

## CERTIFICATION OF J. DOMINICK LARRY

J. Dominick Larry, Esquire, pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of the Illinois State Bar and the Supreme Court of Illinois.

June 3, 2013
Date

J. Dominick Larry

4

## CERTIFICATE OF SERVICE

HEREBY CERTIFY that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice*, Consent to Designation and Request to Electronically Receive Notices of Electronic Filing was served by electronic mail, on June 4, 2013, on all counsel or parties of record on the service list.

_____
Stefan Coleman

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 0:13-CV-61139-RNS

MANUEL ZELAYA, individually and on behalf of all others similarly situated,

*Plaintiff,*

v.

NEWPORT MARKETING, LLC, a Florida limited liability company, NEWPORT HOSPITALITY, LLC, a Florida limited liability company, and NEWPORT VACATIONS MANAGER, LLC, a Florida limited liability company,

*Defendants.*

**ORDER GRANTING MOTION TO APPEAR
*PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for J. Dominick Larry, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is herby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. J. Dominick Larry, may appear and participate in this action

6

on behalf of Plaintiff, Manuel Zelaya. The Clerk shall provide electronic notification of all electronic filings to J. Dominick Larry, at nlarry@edelson.com.

DONE AND ORDERED in Chambers at _____, Florida, this _____ day of _____ .

_____

United States District Judge

Copies furnished to:
All Counsel of Record