IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO: 13-CV-61139-SCOLA/SELTZER

MANUEL ZELAYA, individually and on
behalf of all others similarly situated,

      Plaintiff(s),

v.

NEWPORT MARKETING, LLC, a Florida
limited liability company, NEWPORT
HOSPITALITY, LLC, a Florida limited
liability company, and NEWPORT
VACATIONS MANAGER, LLC, a Florida
limited liability company,

      Defendants.
_____/

## NOTICE OF APPEARANCE AS COUNSEL FOR DEFENDANTS

TO THE CLERK OF THE COURT
AND INTERESTED PARTIES

      COMES NOW, The law firm of Arnstein & Lehr LLP and Franklin L. Zemel, Esquire, and file their Notice of Appearance on behalf of Newport Marketing, LLC., a Florida limited liability company, Newport Hospitality, LLC, a Florida limited liability company, and Newport Vacations Manager, LLC, a Florida limited liability company and request that all future correspondence in this cause be directed to the undersigned and to receive all pleadings filed in this action via CM/ECF.

## CERTIFICATE OF SERVICE

      We hereby certify that on June 6, 2013, we electronically filed the foregoing document with the Clerk of the Court using CM/ECF. We also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in

11006378.1

the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ Franklin L. Zemel
Franklin L. Zemel, Esq.
Florida Bar No: 816620
Lori Adelson, Esq.
Florida Bar No: 196428
ARNSTEIN & LEHR LLP
200 East Las Olas Boulevard, Suite 1700
Fort Lauderdale, Florida 33301
Ph: (954) 713-7600
Fax: (954) 713-7700
Email: flzemel@arnstein.com
       ladelson@arnstein.com
*Counsel for Defendants*

## MANUEL ZELAYA v. NEWPORT MARKETING, LLC, et al
## CASE NO.: 13-CV-61139-SCOLA/SELTZER

### SERVICE LIST

Franklin L. Zemel, Esq.
Lori Adelson, Esq.
ARNSTEIN & LEHR, LLP
200 East Las Olas Blvd., Suite 1700
Ft. Lauderdale, Florida 33301
flzemel@arnstein.com
ladelson@arnstein.com
*Attorneys for Defendants*

Scott D. Owens, Esq.
LAW OFFICES OF SCOTT D. OWENS, ESQ.
664 E. Hallandale Beach Blvd.
Hallandale, Florida 33309
scott@scottdownes.com
*Attorneys for Plaintiff*

Rafey S. Balabanian, Esq.
Ari J. Scharg, Esq.
Christopher L. Dore, Esq.
J. Dominick Larry*
EDELSON LLC
350 North LaSalle Street, Suite 1300
Chicago, IL 60654
rbalabanian@edelson.com
ascharg@edelson.com
cdore@edelson.com
nlarry@edelson.com

**Pro hac vice* admission to be sought

Stefan Coleman, Esq.
LAW OFFICES OF STEFAN COLEMAN, LLC
201 S. Biscayne Blvd., 28th Floor
Miami, Florida 33131
law@stefancoleman.com