IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO: 13-CV-61139-SCOLA/SELTZER

MANUEL ZELAYA, individually and on
behalf of all others similarly situated,

    Plaintiff(s),

v.

NEWPORT MARKETING, LLC, a Florida
limited liability company, NEWPORT
HOSPITALITY, LLC, a Florida limited
liability company, and NEWPORT
VACATIONS MANAGER, LLC, a Florida
limited liability company,

    Defendants.
_____/

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR ENLARGEMENTOF TIME TO FILE A RESPONSE TO THE CLASS ACTION COMPLAINT AND JURY DEMAND

THIS CAUSE having come before the Court upon Defendants', NEWPORT MARKETING, LLC, NEWPORT HOSPITALITY, LLC and NEWPORT VACATIONS MANAGER, LLC, Motion for Enlargement of Time to File Response to the Class Action Complaint and Jury Demand, and having reviewed the Motion and otherwise being fully advised in the premises, it is hereby:

ORDERED AND ADJUDGED that the Motion is hereby **GRANTED**. Defendants shall file their response to the Complaint on or before July 12, 2013.

DONE AND ORDERED in chambers in Miami, Florida, this 10th day of June, 2013.

                                              ROBERT N. SCOLA, JR.
                                              UNITED STATES DISTRICT JUDGE

Copies furnished to counsel of record