IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO. 13-CV-61139-SCOLA/SELTZER

MANUEL ZELAYA, individually and on
behalf of all others similarly situated,

    Plaintiff(s),

v.

NEWPORT MARKETING, LLC, a Florida
limited liability company, NEWPORT
HOSPITALITY, LLC, a Florida limited
liability company, and NEWPORT
VACATIONS MANAGER, LLC, a Florida
limited liability company,

    Defendants.

_____/

## NOTICE OF APPEARANCE

    The law firm of DLA Piper LLP (US) gives notice of its appearance as counsel for Defendants Newport Marketing, LLC, Newport Hospitality, LLC, and Newport Vacations Manager, LLC.  Please furnish the undersigned counsel Joshua M. Briones, Ana Tagvoryan, and Rachel B. Mervis with copies of all orders, notices, pleadings, motions, and correspondence regarding this proceeding from this date forward.

    Respectfully submitted this 11th day of July, 2013.

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on July 11, 2013, we electronically filed the foregoing document with the Clerk of the Court using CM/ECF. We also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Respectfully submitted,

*s/Rachel B. Mervis*
JOSHUA M. BRIONES*
California Bar No. 205293
joshua.briones@dlapiper.com
ANA TAGVORYAN*
California Bar No. 246536
ana.tagvoryan@dlapiper.com
DLA PIPER LLP (US)
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, CA  90067-4704
Telephone:  (310) 595-3145
Facsimile:   (310) 595-3376
**Pro Hac Vice* admission to be sought

RACHEL B. MERVIS
Florida Bar No. 086147
rachel.mervis@dlapiper.com
DLA PIPER LLP (US)
200 South Biscayne Boulevard
Suite 2500
Miami, FL  33131-5341
Telephone:  (305) 423-8557
Facsimile:   (305) 675-8027

*Attorneys for Defendants*

**MANUEL ZELAYA V. NEWPORT MARKETING, LLC, ET AL**
**CASE NO. 13-CV-61139-SCOLA/SELTZER**

**SERVICE LIST**

Scott D. Owens, Esq.
LAW OFFICES OF SCOTT D. OWENS
664 East Hallandale Beach Boulevard
Hallandale, FL  33309
scott@scottdownes.com

Rafey S. Balabanian, Esq.
Ari J. Scharg, Esq.
Christopher L. Dore, Esq.
J. Dominick Larry, Esq.
EDELSON LLC
350 North LaSalle Street
Suite 1300
Chicago, IL  60654
rbalabanian@edelson.com
ascharg@edelson.com
cdore@edelson.com
nlarry@edelson.com

Stefan Coleman, Esq.
LAW OFFICES OF STEFAN COLEMAN, LLC
201 South Biscayne Boulevard
28th Floor
Miami, FL  33131
law@stefancoleman.com
*Attorneys for Plaintiff*