FILING FEE
PAID 75.00
Pro hac Vice 63575
Steven M. Larimore, Clerk

FILED by CAC D.C.
AUG 09 2013
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 0:13-CV-61139-RNS

MANUEL ZELAYA, individually and on behalf of all others similarly situated,

    *Plaintiff*,

v.

NEW PORT MARKETING, LLC, a Florida limited liability company, NEW PORT HOSPITALITY, LLC, a Florida limited liability company, and NEW PORT VACATIONS MANAGER, LLC, a Florida limited liability company,

    *Defendants*.

## MOTION TO APPEAR *PRO HAC VICE* CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

In accordance with Local Rules 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Joshua Briones of the law firm of DLA Piper LLP (US), 2000 Avenue of the Stars, Suite 400 North Tower, Los Angeles, California 90067-4704, (310) 595-3076, for purposes of appearance as counsel on behalf of Defendants Newport Marketing, LLC, Newport Hospitality, LLC, and Newport Vacations Manager, LLC ("Defendants") in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Joshua Briones to receive electronic filings in this case, and in support thereof states as follows:

    1.    Joshua Briones is not admitted to practice in the Southern District of Florida and is a member in good standing of the State Bar of California and admitted to practice

EAST\56778783.1

before the United States District Court For the Central, Southern and Northern Districts of California, the United States Court of Appeals – 9th Circuit and The United States Bankruptcy Court – Central District.

2. Movant, Rachel B. Mervis, Esq., of the law firm of DLA Piper LLP (US), 2000 South Biscayne Boulevard, Suite 2500, Miami, Florida 33131, (305) 423-8557, is a member in good standing of the Florida Bar and the United States District Court for the Southern District of Florida, maintains an office in this State for the practice of law, and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM /ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Joshua Briones has made payment of this Court's $75 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Joshua Briones, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Joshua Briones at e-mail address: joshua.briones@dlapiper.com.

**WHEREFORE**, Rachel B. Mervis, moves this Court to enter an Order allowing Joshua Briones to appear before this Court on behalf of Defendants, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Joshua Briones.

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Rule 7.1 (a)(3) of the Local Rules for the United States District Court for the Southern District of Florida, the undersigned certifies that prior to filing this Motion, the parties have conferred, and counsel for Plaintiff, advised that counsel does not oppose the relief requested herein.

Date: August 9, 2013

Respectfully submitted,

*/s/ Rachel B. Mervis*
Rachel B. Mervis, Esq.
Florida Bar No. 0086147
rachel.mervis@dlapiper.com
DLA Piper LLP (US)
200 South Biscayne Boulevard
Suite 2500
Miami, Florida 33131
Tel: 305-423-8557
Fax: 305-675-8027

*Attorney for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 0:13-CV-61139-RNS

MANUEL ZELAYA, individually and on behalf of all others similarly situated,

    *Plaintiff,*

v.

NEW PORT MARKETING, LLC, a Florida limited liability company, NEW PORT HOSPITALITY, LLC, a Florida limited liability company, and NEW PORT VACATIONS MANAGER, LLC, a Florida limited liability company,

    *Defendants.*

## CERTIFICATION OF JOSHUA BRIONES

Joshua Briones, Esquire, pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of the California State Bar and the United States District Court for the United States District Court For the Central, Southern and Northern Districts of California, the United States Court of Appeals - 9th Circuit and The United States Bankruptcy Court – Central District.

August 5, 2013
Date

Joshua Briones

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice*, Consent to Designation and Request to Electronically Receive Notices of Electronic Filing was served by electronic mail, on August 9, 2013, on all counsel or parties of record on the service list.

/s/ Rachel B. Mervis
Rachel B. Mervis

## SERVICE LIST
*Manuel Zelaya v. Newport Marketing, LLC, et al.*
**Case No. 13-CV-61139-SCOLA/SELTZER**

Scott D. Owens, Esq.
LAW OFFICES OF SCOTT D. OWENS
664 East Hallandale Beach Boulevard
Hallandale, FL 33309
scott@scottdownes.com
Rafey S. Balabanian, Esq.
rbalabanian@edelson.com
Ari J. Scharg, Esq.
ascharg@edelson.com
Christopher L. Dore, Esq.
cdore@edelson.com
J. Dominick Larry, Esq.
nlarry@edelson.com
EDELSON LLC
350 North LaSalle Street
Suite 1300
Chicago, IL 60654


Stefan Coleman, Esq.
law@stefancoleman.com
LAW OFFICES OF STEFAN COLEMAN, LLC
201 South Biscayne Boulevard
28th Floor
Miami, FL 33131

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 0:13-CV-61139-RNS

MANUEL ZELAYA, individually and on behalf of all others similarly situated,

    *Plaintiff*,

v.

NEW PORT MARKETING, LLC, a Florida limited liability company, NEW PORT HOSPITALITY, LLC, a Florida limited liability company, and NEW PORT VACATIONS MANAGER, LLC, a Florida limited liability company,

    *Defendants*.

**ORDER GRANTING MOTION TO APPEAR
*PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

**THIS CAUSE** having come before the Court on the Motion to Appear *Pro Hac Vice* for Joshua Briones, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CW/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is herby

**ORDERED AND ADJUDGED** that:

The Motion is GRANTED. Joshua Briones may appear and participate in this action on behalf of Defendants Newport Marketing, LLC, Newport Hospitality, LLC, and Newport Vacations Manager, LLC. The Clerk shall provide electronic notification of all electronic filings to Joshua Briones, at joshua.briones@dlapiper.com.

**DONE AND ORDERED** in Chambers at Miami-Dade County, Florida, this _____ day of _____, 2013.

_____
ROBERT N. SCOLA, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Counsel of Record