UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-Civ-61139-Scola/Seltzer

MANUEL ZELAYA, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

NEWPORT MARKETING, LLC, a Florida limited liability company, NEWPORT HOSPITALITY, LLC, a Florida limited liability company, and NEWPORT VACATIONS MANAGER, LLC, a Florida limited liability company,

    Defendants.

**NOTICE OF FILING DECLARATION OF STEVEN HUROWITZ IN SUPPORT OF MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**

Defendants Newport Marketing, LLC, Newport Hospitality, LLC and Newport Vacations Manager, LLC (collectively, "Defendants") by and through their undersigned counsel, hereby give notice of filing the Declaration of Steven Hurowitz in Support of their Motion to Dismiss the Complaint, or, in the alternative, for Summary Judgment, attached hereto as *Exhibit A*.

Dated: September 3, 2013

Respectfully submitted,

By: */s/Rachel B. Mervis*
Rachel B. Mervis (Florida Bar No. 0086147)
DLA PIPER LLP (US)
200 South Biscayne Boulevard, Suite 2500
Miami, Florida 33131-5341
Tel: (305) 423-8500
Fax: (305) 437-8131
rachel.mervis@dlapiper.com

Joshua Briones (admitted *pro hac vice*)
Anahit Tagvoryan (admitted *pro hac vice*)

EAST\58051925.2

>DLA PIPER LLP (US)
>2000 Avenue of the Stars
>Suite 400 – North Tower
>Los Angeles, California  90067
>Tel:  (310) 595-3076
>Fax: (310) 595-3376
>joshua.briones@dlapiper.com
>ana.tagvoryan@dlapiper.com
>
>and
>
>Franklin L. Zemel (Florida Bar No. 816620)
>Lori Adelson (Florida Bar No. 0196428)
>ARNSTEIN & LEHR LLP
>200 East Las Olas Boulevard, Suite 1700
>Fort Lauderdale, Florida  33301
>Tel:  (954) 713.7600
>Fax: (954) 713-7710
>franklin.zemel@arnstein.com
>ladelson@arnstein.com
>
>*Attorneys for Defendants, Newport Marketing, LLC, Newport Hospitality, LLC and Newport Vacations Manager, LLC*

## CERTIFICATE OF SERVICE

We hereby certify that on September 3, 2013, we electronically filed the foregoing document with the Clerk of the Court using CM/ECF. We also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

>/s/Rachel B. Mervis
>Rachel B. Mervis

- 2 -

## SERVICE LIST
*Manuel Zelaya v. Newport Marketing, LLC, Newport Hospitality, LLC,*
*and Newport Vacations Manager, LLC*
Case No. 13-Civ-61139-Scola/Seltzer

| | |
|---|---|
| Stefan Louis Coleman<br>LAW OFFICES OF STEFAN COLEMAN, PLLC<br>201 South Biscayne Boulevard, 28th Floor<br>Miami, Florida  33131<br>Tel:  (877) 333-9427<br>Fax: (888) 498-9846<br>law@stefancoleman.com<br><br>J. Dominick Larry<br>EDELSON LLC<br>350 North LaSalle<br>Suite 1300<br>Chicago, Illinois  60654<br>Tel:  (312) 572-7212<br>Fax: (312) 589-6378<br>nlarry@edelson.com<br><br>Scott David Owens<br>SCOTT D. OWENS, P.A.<br>664 East Hallandale Beach Boulevard<br>Hallandale, Florida  33009<br>Tel:  (954) 589-0588<br>Fax: (954) 337-0666<br>scott@scottdowens.com<br><br>*Attorneys for the Plaintiff, Manuel Zelaya* | Rachel B. Mervis (Florida Bar No. 0086147)<br>DLA PIPER LLP (US)<br>200 South Biscayne Boulevard, Suite 2500<br>Miami, Florida 33131-5341<br>Tel:  (305) 423-8500<br>Fax: (305) 437-8131<br>rachel.mervis@dlapiper.com<br><br>Joshua Briones (admitted *pro hac vice*)<br>Anahit Tagvoryan (admitted *pro hac vice*)<br>DLA PIPER LLP (US)<br>2000 Avenue of the Stars<br>Suite 400 – North Tower<br>Los Angeles, California  90067<br>Tel:  (310) 595-3076<br>Fax: (310) 595-3376<br>joshua.briones@dlapiper.com<br>ana.tagvoryan@dlapiper.com<br><br>Franklin L. Zemel (Florida Bar No. 816620)<br>Lori Adelson (Florida Bar No. 0196428)<br>ARNSTEIN & LEHR LLP<br>200 East Las Olas Boulevard, Suite 1700<br>Fort Lauderdale, Florida 33301<br>Tel:  (954) 713.7600<br>Fax: (954) 713-7710<br>franklin.zemel@arnstein.com<br>ladelson@arnstein.com<br><br>*Attorneys for Defendants, Newport Marketing, LLC, Newport Hospitality, LLC and Newport Vacations Manager, LLC* |