UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBERS

| | | |
|---|---|---|
| 13-60953-Civ-RNS | 13-61079-Civ-RNS | 13-61356-Civ-RNS |
| 13-60963-Civ-RNS | 13-61085-Civ-RNS | 13-61369-Civ-RNS |
| 13-60972-Civ-RNS | 13-61096-Civ-RNS | 13-61385-Civ-RNS |
| 13-60978-Civ-RNS | 13-61128-Civ-RNS | 13-61402-Civ-RNS |
| 13-60984-Civ-RNS | 13-61139-Civ-RNS | 13-61412-Civ-RNS |
| 13-60993-Civ-RNS | 13-61152-Civ-RNS | 13-61428-Civ-RNS |
| 13-61010-Civ-RNS | 13-61161-Civ-RNS | 13-61429-Civ-RNS |
| 13-61011-Civ-RNS | 13-61178-Civ-RNS | 13-61436-Civ-RNS |
| 13-61016-Civ-RNS | 13-61193-Civ-RNS | 13-61441-Civ-RNS |
| 13-61019-Civ-RNS | 13-61199-Civ-RNS | 13-61449-Civ-RNS |
| 13-61030-Civ-RNS | 13-61205-Civ-RNS | 13-61465-Civ-RNS |
| 13-61033-Civ-RNS | 13-61238-Civ-RNS | 13-61496-Civ-RNS |
| 13-61042-Civ-RNS | 13-61261-Civ-RNS | 13-61524-Civ-RNS |
| 13-61049-Civ-RNS | 13-61298-Civ-RNS | 13-61534-Civ-RNS |
| 13-61052-Civ-RNS | 13-61314-Civ-RNS | 13-61551-Civ-RNS |
| 13-61061-Civ-RNS | 13-61323-Civ-RNS | 13-61563-Civ-RNS |
| 13-61075-Civ-RNS | 13-61344-Civ-RNS | 13-61573-Civ-RNS |

**CERTIFICATION AND ORDER OF TRANSFER TO
MAGISTRATE JUDGE ALICIA VALLE**

These matters came before the undersigned Magistrate Judge pursuant to

Administrative Order No. 2013-38, *In re: Amended Magistrate Judge Pairing Assignment Plan For Fort Lauderdale Division,* issued by Chief United States District Judge Federico A. Moreno. The undersigned has reviewed the case files for the matters listed above and hereby certifies that, as of the date of this certification, there are no referred motions pending. These cases are therefore ready to be administratively transferred.

The Clerk of the Court shall hereby transfer the Magistrate Judge assignment for these matters to Magistrate Judge Alicia Valle.

DONE AND ORDERED in Fort Lauderdale, Florida, this 23rd day of September 2013.

_____
BARRY S. SELTZER
CHIEF UNITED STATES MAGISTRATE JUDGE

cc:   Honorable Robert N. Scola, Jr.
      United States District Judge

      Honorable Alicia Valle
      United States Magistrate Judge

      All Counsel of Record