IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

**CASE NO: 13-CV-61139-SCOLA/SELTZER**

MANUEL ZELAYA, individually and on
behalf of all others similarly situated,

    Plaintiff,

v.

NEWPORT MARKETING, LLC, a Florida
limited liability company, NEWPORT
HOSPITALITY, LLC, a Florida limited
liability company, and NEWPORT
VACATIONS MANAGER, LLC, a Florida
limited liability company,

    Defendants.
_____/

## JOINT DISCOVERY PLAN AND CONFERENCE REPORT

Pursuant to the Court's May 30th Order, (Dkt. 5), and L.R. 16.1, the Parties submit this Joint Discovery Plan and Conference Report.

**1.  CASE MANAGEMENT TRACK**

The Parties believe that this case should be assigned to a standard scheduling track pursuant to L.R. 16.1(a)(2)(B).

**2.  CONFERENCE REPORT**

(A)  **Likelihood of Settlement.**  The Parties have exchanged documents and other information, however, the Parties believe that settlement is unlikely at this time.  The Parties will attempt in good faith to resolve this matter.

(B)  **Likelihood of Appearance in the Action of Additional Parties.**  At this time, the Parties do not anticipate that additional parties will appear in this matter; however, the Parties

reserve the right to add additional parties if necessary and appropriate.

(C)   **Proposed Limits on the Time:**

| Date | Deadline or Event |
|---|---|
| [30 days from entry of Order] | Rule 26(a)(1) Initial Disclosures. |
| January 13, 2014 | The Parties shall file motions to amend pleadings or join Parties. |
| April 7, 2014 | The Plaintiff shall disclose experts, expert witness summaries and reports, as required by L.R. 16.1(k). |
| May 7, 2014 | The Defendant shall disclose experts, expert witness summaries and reports, as required by L.R. 16.1(k). |
| June 6, 2014 | The Parties shall exchange rebuttal expert witness summaries and reports, as required by L.R. 16.1(k). |
| July 7, 2014 | The Parties shall complete all discovery, including expert discovery. |
| July 7, 2014 | Plaintiff shall file his Motion for Class Certification. |
| August 6, 2014 | Defendants shall file their responses in opposition to Plaintiff's Motion for Class Certification. |
| August 20, 2014 | Plaintiff shall file his reply in support of his Motion for Class Certification. |
| August 30, 2014 | The Parties shall complete mediation and file a mediation report with the Court. |
| 30 days after ruling on Motion for Class Certification. | The Parties shall file all dispositive pre-trial motions and memoranda of law. |
| 30 days after ruling on the Parties' dispositive motions. | The Parties shall file a joint pre-trial stipulation, as required by L.R. 16.1(e) and final proposed jury instructions. Joint proposed jury instructions or conclusions of law (for non-jury trials) shall outline: 1) the legal elements of Plaintiff's claims, including damages; and 2) the legal elements of the defenses that are raised. |
| 60 days after ruling on the Parties' dispositive motions. | The Parties shall file witness and exhibit lists and all motions *in limine*. The witness list shall include only those witnesses the Parties actually intend to call at trial and shall include a brief synopsis of their testimony. The exhibit lists shall identify each witness that will introduce each exhibit. |
| November 3, 2014 | Trial |

(D)   **Proposals for the Formulations and Simplifications of Issues.**  The Parties will

work cooperatively toward the elimination of non-meritorious claims and/or defenses.

Defendants have filed a motion to dismiss, or, in the alternative, for summary judgment on

2

several dispositive issues including that of vicarious liability and interpretation of the statute as to persons who may be held liable for violation of the TCPA.  Defendants also anticipate that, should the motion to dismiss be denied, another motion for summary judgment will be necessary to invoke the affirmative defense that Defendant has established and implemented, with due care, reasonable practices and procedures to effectively prevent telephone solicitations in violation of the regulations prescribed under the TCPA, which is available under Section (c)(5)(C) of the statute.

(E) **Necessity or Desirability of Amendments to Pleadings.**  After preliminary discovery, the Parties may seek to amend pleadings in accordance with Rule 15.

(F) **Obtaining Admissions of Fact and of Documents.**  The Parties will attempt to obtain admissions of fact and stipulate to authentication and admissibility of documents, including ESI, which would avoid unnecessary proof and wasteful discovery. In the event the Parties are unable to agree, the Parties will seek the Court's rulings in advance of the trial of this matter.

(G) **Avoidance of Unnecessary Proof and of Cumulative Evidence.**  The Parties do not anticipate a need to take any steps for the avoidance of unnecessary proof or cumulative evidence.

(H) **Reference of Matters to Magistrate Judge.**  The Parties agree that all discovery matters should be referred to the Magistrate Judge.

(I) **Estimate of Time Required for Trial.**  Plaintiff believes that trial will last 3-5 days. Defendants believe their motions to dismiss, motions for summary judgment and/or motions to decertify will avoid the need for a trial or will significantly simplify any remaining issues

requiring trial.  For this reason, Defendants believe an accurate estimate of time for trial is not possible at this time.

(J)     **Requested Date for Conference Before Trial.**  The Court's ruling on Defendants' motion to dismiss, motion for summary judgment, Plaintiff's anticipated motion for class certification, Plaintiff's anticipated motion for partial summary judgment, and/or Defendants' motion to decertify will affect the estimated length of trial, as it will affect the relevant issues, number witnesses and documentary evidence to be presented. Accordingly, the Parties request a pretrial conference following the Court's ruling on a motion for class certification and/or motion to decertify to set a trial date and deadlines for completion of pretrial compliance.

(K)     **Other Information Helpful to the Court in Setting the Case for Status or Pretrial Conference.**  The Parties agree to exchange Rule 26 initial disclosures within 30 days after this Court's entry of a scheduling order in this matter. The Parties will conduct discovery in accordance with the Federal Rules of Civil Procedure and Local Rules of this Court. The Parties will also enter into a Stipulated Confidentiality Agreement relative to discovery in this matter.

Respectfully submitted,

Dated: October 8, 2013

**Manuel Zelaya,** individually and on behalf of all others similarly situated,

By: /s/ Stefan Coleman
One of Plaintiff's Attorneys

Stefan Coleman, Esq.
LAW OFFICES OF STEFAN COLEMAN, LLC
201 S. Biscayne Blvd., 28th Floor
Miami, Florida 33131
law@stefancoleman.com

Rafey S. Balabanian
Ari J. Scharg

                                        Christopher Dore
                                        J. Dominick Larry (admitted *pro hac vice*)
                                        EDELSON LLC
                                        350 North LaSalle, Suite 1300
                                        Chicago, Illinois 60654
                                        Tel: (312) 589-6370
                                        Fax: (312) 589-6378
                                        rbalabanian@edelson.com
                                        ascharg@edelson.com
                                        cdore@edelson.com
                                        nlarry@edelson.com

                                        Scott D. Owens, Esq.
                                        LAW OFFICES OF SCOTT D. OWENS, ESQ.
                                        664 E. Hallandale Beach Blvd.
                                        Hallandale, Florida 33309
                                        scott@scottdownes.com

                                        *Attorneys for Plaintiff and the Putative Classes*

Dated: October 8, 2013                **Newport Marketing, LLC, Newport Hospitality, LLC, and Newport Vacations Manager, LLC**

                                        By: /s/ Joshua Briones
                                        One of Defendants' Attorneys

                                        Joshua Briones (admitted *pro hac vice*)
                                        Anahit Tagvoryan (admitted *pro hac vice*)
                                        DLA PIPER LLP
                                        2000 Avenue of the Stars
                                        Suite 400 – North Tower
                                        Los Angeles, California 90067
                                        Tel: (310) 595-3076
                                        Fax: (310) 595-3376
                                        joshua.briones@dlapiper.com
                                        ana.tagvoryan@dlapiper.com

                                        Franklin L. Zemel
                                        Lori Adelson
                                        ARNSTEIN & LEHR, LLP
                                        200 East Las Olas Blvd., Suite 1700
                                        Ft. Lauderdale, Florida 33301
                                        flzemel@arnstein.com
                                        ladelson@arnstein.com

Rachel B. Mervis
DLA P<span>IPER</span> LLP (US)
200 South Biscayne Boulevard, Suite 2500
Miami, Florida 33131-5341
Tel: (305) 423-8500
Fax: (305) 437-8131
rachel.mervis@dlapiper.com

*Attorneys for Defendants*