IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 0:13-CV-61139-RNS

MANUEL ZELAYA, individually and on behalf of all others similarly situated,

*Plaintiff*,

v.

NEWPORT MARKETING, LLC, a Florida limited liability company, NEWPORT HOSPITALITY, LLC, a Florida limited liability company, and NEWPORT VACATIONS MANAGER, LLC, a Florida limited liability company,

*Defendants*.

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE
PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Manuel Zelaya ("Plaintiff") and Defendants Newport Marketing, LLC, Newport Hospitality, LLC, and Newport Vacations Manager, LLC, through their respective counsel that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action shall be, and is, dismissed with prejudice as to all individual claims asserted by Plaintiff.

Dated: March 27, 2014                                    Respectfully submitted,

Plaintiff Manuel Zelaya,                                 Defendants Newport Marketing, LLC,
                                                         Newport Hospitality, LLC, and Newport
                                                         Vacations Manager, LLC,

By: /s/  Scott D. Owens                                  By: /s/  Franklin L. Zemel
    One of Plaintiff's Attorneys                             One of Defendants' Attorneys

1

Scott D. Owens, Esq. (Fla. Bar No. 597651)
LAW OFFICES OF SCOTT D. OWENS, ESQ.
664 E. Hallandale Beach Blvd.
Hallandale, Florida 33309
scott@scottdownes.com
Tel: 954.589.0588
Fax: 954.337.0666

Rafey S. Balabanian
rbalabanian@edelson.com
Ari J. Scharg
ascharg@edelson.com
Christopher Dore
cdore@edelson.com
J. Dominick Larry (Admitted *Pro Hac Vice*)
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Stefan Coleman, Esq. (Fla. Bar No. 30188)
law@stefancoleman.com
LAW OFFICES OF STEFAN COLEMAN, LLC
201 S Biscayne Blvd, 28th Floor
Miami, Florida 33131
Tel: 877.333.9427
Fax: 888.498.8946

*Attorneys for Plaintiff Manuel Zelaya*

Franklin L. Zemel (Fla. Bar No. 816620)
franklin.zemel@arnstein.com
Lori Adelson (Fla. Bar No. 0196428)
ladelson@arnstein.com
200 East Las Olas Boulevard, Suite 100
Fort Lauderdale, Florida 33301
Tel: 954.713.7600
Fax: 954.713.7710

*Attorneys for Defendants Newport Marketing, LLC, Newport Hospitality, LLC, and Newport Vacations Manager, LLC*

## CERTIFICATE OF SERVICE

I, Scott D. Owens, an attorney, certify that on March 27, 2014, I served the above and foregoing *Joint Stipulation for Dismissal with Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii),* by causing true and accurate copies of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system, on this day, March 27, 2014.

/s/  Scott D. Owens