UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-61139-Civ-SCOLA

MANUEL ZELAYA,

    Plaintiff,

vs.

NEWPORT MARKETING, LLC, *et al.*,

    Defendants.

_____/

### Order Of Dismissal

THIS CASE has been dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Joint Stip. For Dismissal With Prejudice, ECF No. 49). The Clerk will **close** this case. All pending motions, if any, are **denied** as moot.

**Done and Ordered** in chambers, at Miami, Florida, on March 28, 2014.

_____
**Robert N. Scola, Jr.**
**United States District Judge**